UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee

In Re:
Anthony W. Salvatico Jr. aka Anthony W Salvatico

Debtor

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case

Case No: 15-28052 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

on behalf of

PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

161 Woodlyne Avenue Pitman, NJ 08071

DOCUMENTS
☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐☐  All documents and pleadings of any nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*