Printed on: 01/14/2017  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016  
**Case Number: 15-28052 (JNP)**

Anthony W. Salvatico, Jr.  
161 Woodlyne Avenue  
Pitman, NJ  08071

Monthly Payment: $530.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/19/2016 | $530.00 | 03/01/2016 | $530.00 | 03/30/2016 | $530.00 | 05/02/2016 | $530.00 |
| 06/01/2016 | $530.00 | 07/01/2016 | $530.00 | 08/01/2016 | $530.00 | 09/01/2016 | $530.00 |
| 10/03/2016 | $530.00 | 11/01/2016 | $530.00 | 12/01/2016 | $530.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ANTHONY W. SALVATICO, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,150.00 | $3,150.00 | $0.00 | $3,150.00 |
| 1 | AKRON BILLING CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AR RESOURCES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTIC CREDIT & FINANCE | 33 | $2,373.35 | $0.00 | $2,373.35 | $0.00 |
| 5 | Attorney General | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $1,137.38 | $0.00 | $1,137.38 | $0.00 |
| 7 | CASH DIRECT EXPRESS GECC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CHILDREN'S HOSPTIAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CVI LOAN GT TRUST I | 33 | $10,705.62 | $0.00 | $10,705.62 | $0.00 |
| 10 | COMCAST CABLE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CREDIT COLLECTION SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LVNV FUNDING, LLC | 33 | $879.81 | $0.00 | $879.81 | $0.00 |
| 13 | CASHCALL, INC. | 33 | $2,598.04 | $0.00 | $2,598.04 | $0.00 |
| 14 | Diversified Adjustment | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | DIVERSIFIED CONSULTANT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | EAST SIDE LENDERS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | EMERG CARE SERVICES OF NJ | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | EMERG PHY ASSOC OF S JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | ENHANCED RECOVERY COMPANY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | FINANCIAL RECOVERIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | FIRSTSOURCE ADVANTAGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | FRONTLINE ASSET STRATEGIES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | GEICO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | GREENTREE SERVICING LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | HRRG | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | DEPARTMENT OF THE TREASURY | 28 | $1,515.23 | $0.00 | $1,515.23 | $0.00 |
| 29 | J.C. CHRISTENSEN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | KENNEDY HEALTH SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | CAPITAL ONE, N.A. | 33 | $335.55 | $0.00 | $335.55 | $0.00 |
| 32 | LAW OFFICE OF JOHN P. FRYE, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | MORGAN BORNSTEIN & MORGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | NATIONAL CREDIT SYSTEMS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | RCS/CVI LOAN GT TRUST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | SPECIALIZED LOAN SERVICING, LLC | 24 | $10,160.58 | $1,472.41 | $8,688.17 | $1,262.05 |
| 38 | WELLS FARGO FINANCIAL NATIONAL BANK | 24 | $1,007.64 | $146.01 | $861.63 | $125.15 |
| 39 | SANTANDER CONSUMER USA, INC. | 24 | $12,735.00 | $2,101.97 | $10,633.03 | $1,619.53 |
| 40 | SEARS/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | ANSON STREET, LLC | 33 | $95,078.42 | $0.00 | $95,078.42 | $0.00 |
| 42 | SILVER CLOUD FINANCIAL, INC. | 33 | $290.00 | $0.00 | $290.00 | $0.00 |
| 43 | SOUTH JERSEY ANESTHESIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | SPRINT CORPORATION | 33 | $599.88 | $0.00 | $599.88 | $0.00 |
| 46 | STATE OF NEW JERSEY | 33 | $731.88 | $0.00 | $731.88 | $0.00 |
| 47 | TD BANK USA, N.A. | 33 | $469.61 | $0.00 | $469.61 | $0.00 |
| 48 | TEAM PEDIATRIC ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | TOWNSHIP OF DEPTFORD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | UNDERWOOD MEMORIAL HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | VIP LOAN SHOP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | WELLS FARGO FINANCIAL NATIONAL BANK | 33 | $4,559.18 | $0.00 | $4,559.18 | $0.00 |
| 53 | WOODBURY SURGICAL ASSOC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | ANTHONY W. SALVATICO JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | EMERG PHY ASSOC OF S JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | DEPARTMENT OF THE TREASURY | 33 | $641.77 | $0.00 | $641.77 | $0.00 |
| 59 | ATLANTIC CREDIT & FINANCE | 33 | $887.10 | $0.00 | $887.10 | $0.00 |
| 61 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | CAPITAL ONE BANK USA, N.A. | 33 | $677.65 | $0.00 | $677.65 | $0.00 |
| 63 | SANTANDER CONSUMER USA, INC. | 33 | $9,043.47 | $0.00 | $9,043.47 | $0.00 |
| 64 | PORANIA, LLC | 33 | $1,550.00 | $0.00 | $1,550.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2015 | 60.00 | $530.00 |
| 10/01/2020 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 01/14/2017  Page 3 of 3
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

For the period of 01/01/2016 to 12/31/2016
**Case Number: 15-28052 (JNP)**

| | |
|---|---|
| Total payments received this period: | $5,830.00 |
| Total paid to creditors this period: | $6,156.73 |
| Undistributed Funds on Hand: | $488.66 |
| Arrearages: | $530.00 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**