| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1( b)**<br><br>Denise Carlon<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>Specialized Loan Servicing LLC, as servicer for PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee<br><br>In Re:<br>    Salvatico, Anthony W. Jr. aka Anthony W Salvatico | Order Filed on June 8, 2017 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:   15-28052 JNP<br><br>Chapter: 13<br><br>Hearing Date: N/A<br><br>Judge: Jerrold N. Poslusny Jr. |

# ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 8, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case on behalf of Specialized Loan Servicing LLC, as servicer for PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee, and regarding the Motion for Relief from Stay and Exhibits, Docket No. 30. it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*

[Type text]