UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Brian C. Nicholas
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Specialized Loan Servicing LLC, as servicing
agent for PROF-2013-S3 Legal Title Trust, by U.S.
Bank National Association, as Legal Title Trustee

In Re:

    Salvatico, Anthony W. Jr. aka Anthony W
Salvatico

**Order Filed on June 13, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No:     <u>15-28052-JNP</u>

Chapter: <u>13</u>

Hearing Date: <u>June 13, 2017</u>
Judge:  Jerrold N. Poslusny Jr.

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 13, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Specialized Loan Servicing LLC, as servicing agent for PROF-2013-S3</u>

<u>Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■ Real Property More Fully Described as:

**Land and premises commonly known as Lot 9, Block 133,      161 Woodlynne Avenue, Pitman NJ 08071**

☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*

2