Last revised: August 1, 2017

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re: Anthony W. Salvatico, Jr.

Case No.: 15-28052-JNP

Judge: Jerrold N. Poslusny Jr.

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 8/18/2017

☒ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/JR    Initial Debtor: /s/ AS    Initial Co-Debtor: _____

**Part 1:   Payment and Length of Plan**

a. The debtor shall pay $ _____475_____ per _____month_____ to the Chapter 13 Trustee, starting on _____September 1, 2017_____ for approximately __37 more (of 60)__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒   Future earnings

☐   Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:
Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:   Adequate Protection** ☐ **NONE**

　　　a.  Adequate protection payments will be made in the amount of $ _____75_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to Santander Consumer USA_____ (creditor).

　　　b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:   Priority Claims (Including Administrative Expenses)**

a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3150 + 400 pending |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | TAXES | $1515.23 |

b.   Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
　　Check one:
　　☒ None

　　☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

| Part 4: | Secured Claims |
|---|---|

**a. Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Santander Consumer USA | 2012 Nissan Sentra | $21,068.47 | $11,525 | NA | $11,525 | 4% | $12,735 |
| Anson Street LLC / Shellpoint Mortgage | 2nd mortgage | $95,078.42 | $170,000 | $327,371.21 | $0 | NA | $0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Rushmore Loan Management / PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee / Specialized Loan Servicing, LLC (first mortgage) (granted relief from stay; debtor pursuing a loan modification).

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Wells Fargo Bank / Raymour & Flamigan | PMSI (items purchased at Raymour & Flanigan) | $1007.64 |

## Part 5:   Unsecured Claims ☐ NONE

  a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

  ☐ Not less than $ _____ to be distributed *pro rata*

  ☐ Not less than _____ percent

  ☒ *Pro Rata* distribution from any remaining funds

  b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:   Executory Contracts and Unexpired Leases ☒ NONE

   (NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Atlantic Credit and Finance | real property | judgment | $2373.35 | $170,000 | $10,000 | $327,371.21 | 100% |

b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Anson Street LLC / Shellpoint Mortgage | 2nd mortgage | $95,078.42 | $170,000 | $327,371.21 | $0 | 100% |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Santander Consumer USA | 2012 Nissan Sentra | $21,068.47 | $11,525 | 2012 Nissan Sentra | any remaining balance |

### Part 8:  Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Joseph J. Rogers, Esquire
3) _____
4) _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _efiled 09/25/2015_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To address the stay vacate granted to PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee / Specialized Loan Servicing, LLC. | US Bank NA / Specialized Loan Servicing is to receive no further payments through the plan.  Payments are recalculated.<br><br>$10,070 paid to date.    Total plan length 60 months. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 8/23/17                             /S/  Joseph J. Rogers_____
                                          Attorney for the Debtor

Date: 8/23/17                             /s/ Anthony W. Salvatico, Jr._____
                                          Debtor

Date: _____             /s/_____
                                          Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 8/23/17                                                                 /S/ Joseph J. Rogers
                                                                              Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 8/23/17                                                                 /s/ Anthony W. Salvatico, Jr.
                                                                              Debtor

Date: _____                                                     /s/ _____
                                                                              Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-28052-JNP
Anthony W. Salvatico, Jr.                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3         Date Rcvd: Sep 06, 2017
                              Form ID: pdf901          Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2017.
```
db             +Anthony W. Salvatico, Jr.,    161 Woodlyne Avenue,    Pitman, NJ 08071-2117
515756905      +Akron Billing Center,    2620 Ridgewood Rd Ste 300,    Akron, OH 44313-3500
515953345       Anson Street LLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
515756906      +Apex Asset Management,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
515756907      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
515780391      +Atlantic Credit and Finance,    Keith Morgan, Esquire,    Morgan, Bornstein & Morgan,
                 1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
515756909      +Attorney General,    Hughes Justice Complex,    PO Box 080,    Trenton, NJ 08625-0080
515756910     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA   23238)
515786865       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515846131       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515756911      +Cash Direct Express GECC,    AAm Inc.,    330 Georgetown Square Suite 104,
                 Wood Dale, IL 60191-1890
515756912      +Children's Hosptial Of Philadelphia,    PO Box 190629,    Nashville, TN 37219-0629
515756913       Citifinancial,    300 St Paul Pk,    Baltimore, MD  21202
515756917       Delbert Services/consu,    Rodney Square N 1100 N M,    Wilmington, DE  18901
515756918      +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
515756920      +East Side Lenders,    AAM Inc,    330 Georgetown Square Suite 104,    Wood Dale, IL 60191-1890
515756921       Emerg Care Services Of NJ,    PO Box 189053,    Plantation, FL 33318-9053
515756922       Emerg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH  45274-0021
515756924      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
515756925      +Firstsource Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
515756926       Frontline Asset Strategies,    Dept 19037,    Oaks, PA 19456-1259
515756928       Geico,    One Geico Plaza,    Bethesda, MD  20811-0001
515756930       HRRG,    PO Box 189053,    Plantation, FL 33318-9053
515756931      +Inspira Medical Center Woodbury, Inc,    509 N. Broad Street,    Woodbury, NJ 08096-1697
515756933     ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court: J.C. Christensen,    PO Box 519,    Sauk Rapids, MN  56379)
515756934       Kennedy Health System,    PO Box 48023,    Newark, NJ  07101-4823
515756938      +National Credit System,    3750 Naturally Fresh Blv,    Atlanta, GA 30349-2964
515920622      +Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
515756940      +Rcs/cvi Loan Gt Trust,    9320 Excelsior Blvd Fl 7,    Hopkins, MN 55343-3444
515756941      +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
515756942      +Rymr&flnign,    Po Box 94498,    Las Vegas, NV 89193-4498
515756939     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: NJ Division Of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ  08695-0245)
515812922      +Santander Consumer USA,    PO Box 560284,    Dallas, TX 75356-0284
515756943      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
515756944      +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515756945      +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
515756946      +Silver Cloud Financial, Inc.,    635 East Highway 20,    Upper Lake, CA 95485-8793
515756947      +South Jersey Anesthesia,    PO Box 766,    Woodbury, NJ 08096-7766
515756948       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ  08043-7710
515967912      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
515967913      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515756949       Sprint,    P.O. Box 660075,    Dallas, TX  75266-0075
515756950       State Of New Jersey,    Division Of Taxation,    CN-190,    Trenton, NJ  08650
515756951      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
515756952       Team Pediatric Associates,    PO Box 740021,    Cincinnati, OH  45274-0021
515756953      +Township Of Deptford,    Po Box 1016,    Voorhees, NJ 08043-7016
515866384       U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708
515891466      +US Bank National Association, et al,    Parker, McCay, PA,    9000 Midlantic Dr. Ste 300,
                 Mt. Laurel, NJ 08054-1539
515756954       Underwood Memorial Hospital,    509 North Broad Street,    Woodbury, NJ  08096-1697
515756955      +Vip Loan Shop,    Total Account Recovery,    PO Box 14766,    Lenexa, KS 66285-4766
515812342       Wells Fargo Bank N. A.,    PO Box 10438,    Des Moines, Ia 50306-0438
515911255       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA   50306-0438
515756956       Wf Crd Svc,    Cscl Dispute Team,    Des Moines, IA  50306
515756957      +Woodbury Surgical Assoc.,    127 N Broad St,    Woodbury, NJ 08096-1718
```

```
District/off: 0312-1           User: admin                 Page 2 of 3                   Date Rcvd: Sep 06, 2017
                               Form ID: pdf901             Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 06 2017 23:32:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 06 2017 23:32:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515756908      +E-mail/Text: ACF-EBN@acf-inc.com Sep 06 2017 23:32:10      Atlantic Crd,    P O Box 13386,
                 Roanoke, VA 24033-3386
515780397      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2017 23:34:12      CVI Loan GT Trust I,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515934134      +E-mail/Text: bncmail@w-legal.com Sep 06 2017 23:33:06      CashCall, Inc.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515756914       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 06 2017 23:33:26
                 Comcast Cable,    PO Box 840,    Newark, NJ 07101-0840
515756915      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 06 2017 23:33:41
                 Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
515756916       E-mail/PDF: creditonebknotifications@resurgent.com Sep 06 2017 23:34:11      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
515756919      +E-mail/Text: bankruptcynotices@dcicollect.com Sep 06 2017 23:33:29      Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
515756923      +E-mail/Text: bknotice@erccollections.com Sep 06 2017 23:33:02      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
515756927       E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2017 23:34:33      GE Capital Retail Bank,
                 PO Box 965004,    Orlando, FL 32896-5004
515756929       E-mail/Text: bankruptcy.bnc@ditech.com Sep 06 2017 23:32:42      Greentree Servicing LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
515756932       E-mail/Text: cio.bncmail@irs.gov Sep 06 2017 23:32:24      Internal Revenue Service,
                 Bankruptcy Department,    955 South Springfield Avenue,    Springfield, NJ 08071
515756935      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 06 2017 23:32:16      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515953760      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2017 23:34:27      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    Po Box 10587,    Greenville, SC 29603-0587
515756936       E-mail/Text: JPF-EBN@jpfryelaw.com Sep 06 2017 23:32:10      Law Office Of John P. Frye, PC,
                 PO Box 13665,    Roanoke, VA 24036-3665
515756937      +E-mail/Text: kmorgan@morganlaw.com Sep 06 2017 23:33:35      Morgan Bornstein & Morgan,
                 1236 K Brace Road,    Cherry Hill, NJ 08034-3229
515891501       E-mail/Text: appebnmailbox@sprint.com Sep 06 2017 23:32:51      Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
515817464      +E-mail/Text: bncmail@w-legal.com Sep 06 2017 23:33:06      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515780663*      Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
515824054*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State Of New Jersey,    Division Of Taxation,   Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                              Signature: /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                 Page 3 of 3                  Date Rcvd: Sep 06, 2017
                              Form ID: pdf901             Total Noticed: 73
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2017 at the address(es) listed below:

```
              Brian C. Nicholas    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Anthony W. Salvatico, Jr. jjresq@comcast.net,
               jjresq1@comcast.net
                                                                                             TOTAL: 5
```