Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15–28052–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Anthony W. Salvatico Jr.
aka Anthony W Salvatico
161 Woodlyne Avenue
Pitman, NJ 08071

Social Security No.:
xxx–xx–2748

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 5, 2017.

On June 20, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date: August 1, 2018
Time: 09:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 21, 2018
JAN: def

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony W. Salvatico, Jr.  
    Debtor

Case No. 15-28052-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3      Date Rcvd: Jun 21, 2018  
                         Form ID: 185      Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.

```
db             +Anthony W. Salvatico, Jr.,    161 Woodlyne Avenue,    Pitman, NJ 08071-2117
aty             Daniel Silverman,    Costello & Mains,    18000 Horizon Way,    Suite 800,
                  Mount Laurel, NJ 08054-4319
515756905      +Akron Billing Center,    2620 Ridgewood Rd Ste 300,    Akron, OH 44313-3500
515953345       Anson Street LLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                  Greenville, SC 29603-0826
515756906      +Apex Asset Management,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
515756907      +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
515780391      +Atlantic Credit and Finance,    Keith Morgan, Esquire,    Morgan, Bornstein & Morgan,
                  1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
515756909      +Attorney General,    Hughes Justice Complex,    PO Box 080,    Trenton, NJ 08625-0080
515846131       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515756911      +Cash Direct Express GECC,    AAm Inc.,    330 Georgetown Square Suite 104,
                  Wood Dale, IL 60191-1890
515756912      +Children's Hosptial Of Philadelphia,    PO Box 190629,    Nashville, TN 37219-0629
515756913       Citifinancial,    300 St Paul Pk,    Baltimore, MD 21202
515756917       Delbert Services/consu,    Rodney Square N 1100 N M,    Wilmington, DE 18901
515756918      +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
515756920      +East Side Lenders,    AAM Inc,    330 Georgetown Square Suite 104,    Wood Dale, IL 60191-1890
515756921       Emerg Care Services Of NJ,    PO Box 189053,    Plantation, FL 33318-9053
515756922       Emerg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
515756924      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
515756925      +Firstsource Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
515756926       Frontline Asset Strategies,    Dept 19037,    Oaks, PA 19456-1259
515756928       Geico,    One Geico Plaza,    Bethesda, MD 20811-0001
515756930       HRRG,    PO Box 189053,    Plantation, FL 33318-9053
515756931      +Inspira Medical Center Woodbury, Inc,    509 N. Broad Street,    Woodbury, NJ 08096-1697
515756933     ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court: J.C. Christensen,    PO Box 519,    Sauk Rapids, MN 56379)
515756934       Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
515756938      +National Credit System,    3750 Naturally Fresh Blv,    Atlanta, GA 30349-2964
515920622     #+Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
515756940      +Rcs/cvi Loan Gt Trust,    9320 Excelsior Blvd Fl 7,    Hopkins, MN 55343-3444
515756941      +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
515756942      +Rymr&flnign,    Po Box 94498,    Las Vegas, NV 89193-4498
515756939     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
               (address filed with court: NJ Division Of Taxation,    Bankruptcy Section,    PO Box 245,
                  Trenton, NJ 08695-0245)
515812922      +Santander Consumer USA,    PO Box 560284,    Dallas, TX 75356-0284
515756943      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
515756944      +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515756945      +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
515756946      +Silver Cloud Financial, Inc.,    635 East Highway 20,    Upper Lake, CA 95485-8793
515756947      +South Jersey Anesthesia,    PO Box 766,    Woodbury, NJ 08096-7766
515756948       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
515967912      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
515967913      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing, LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515756949       Sprint,    P.O. Box 660075,    Dallas, TX 75266-0075
515756950       State Of New Jersey,    Division Of Taxation,    CN-190,    Trenton, NJ 08650
515756951      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
515756952       Team Pediatric Associates,    PO Box 740021,    Cincinnati, OH 45274-0021
515756953      +Township Of Deptford,    Po Box 1016,    Voorhees, NJ 08043-7016
515866384       U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
                  P.O. Box 52708,    Irvine, CA 92619-2708
515891466      +US Bank National Association, et al,    Parker, McCay, PA,    9000 Midlantic Dr. Ste 300,
                  Mt. Laurel, NJ 08054-1539
515756954       Underwood Memorial Hospital,    509 North Broad Street,    Woodbury, NJ 08096-1697
515756955      +Vip Loan Shop,    Total Account Recovery,    PO Box 14766,    Lenexa, KS 66285-4766
515812342       Wells Fargo Bank N. A.,    PO Box 10438,    Des Moines, Ia 50306-0438
515911255       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA 50306-0438
515756956       Wf Crd Svc,    Cscl Dispute Team,    Des Moines, IA 50306
515756957      +Woodbury Surgical Assoc.,    127 N Broad St,    Woodbury, NJ 08096-1718
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2018 00:30:25    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2018 00:30:21    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515756908      +E-mail/Text: ACF-EBN@acf-inc.com Jun 22 2018 00:29:24    Atlantic Crd,    P O Box 13386,
                  Roanoke, VA 24033-3386
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Jun 21, 2018
                              Form ID: 185             Total Noticed: 74
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515756910         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2018 00:28:49
                  Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA  23238
515780397        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 00:28:24     CVI Loan GT Trust I,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515786865         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2018 00:28:19
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515934134        +E-mail/Text: bncmail@w-legal.com Jun 22 2018 00:30:33        CashCall, Inc.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515756914         E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 22 2018 00:30:59
                  Comcast Cable,    PO Box 840,    Newark, NJ 07101-0840
515756915        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 22 2018 00:31:17
                  Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
515756916         E-mail/PDF: creditonebknotifications@resurgent.com Jun 22 2018 00:28:23      Credit One Bank,
                  PO Box 98875,    Las Vegas, NV 89193-8875
515756919        +E-mail/Text: bankruptcynotices@dcicollect.com Jun 22 2018 00:31:01       Diversified Consultant,
                  10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
515756923        +E-mail/Text: bknotice@ercbpo.com Jun 22 2018 00:30:29       Enhanced Recovery Co L,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
515756927         E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:28:51      GE Capital Retail Bank,
                  PO Box 965004,    Orlando, FL  32896-5004
515756929         E-mail/Text: bankruptcy.bnc@ditech.com Jun 22 2018 00:29:53      Greentree Servicing LLC,
                  PO Box 6172,    Rapid City, SD  57709-6172
515756932         E-mail/Text: cio.bncmail@irs.gov Jun 22 2018 00:29:48       Internal Revenue Service,
                  Bankruptcy Department,    955 South Springfield Avenue,    Springfield, NJ  08071
515756935        +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 22 2018 00:29:36       Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515953760        +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 00:45:17     LVNV Funding, LLC,
                  c/o Resurgent Capital Services,    Po Box 10587,    Greenville, SC 29603-0587
515756936         E-mail/Text: JPF-EBN@jpfryelaw.com Jun 22 2018 00:29:24      Law Office Of John P. Frye, PC,
                  PO Box 13665,    Roanoke, VA  24036-3665
515756937        +E-mail/Text: kmorgan@morganlaw.com Jun 22 2018 00:31:11      Morgan Bornstein & Morgan,
                  1236 K Brace Road,    Cherry Hill, NJ 08034-3229
515891501         E-mail/Text: appebnmailbox@sprint.com Jun 22 2018 00:30:20      Sprint Corp.,
                  Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
515817464        +E-mail/Text: bncmail@w-legal.com Jun 22 2018 00:30:33       TD BANK USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515780663*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515824054*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State Of New Jersey,     Division Of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                    Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 3 of 3              Date Rcvd: Jun 21, 2018
                               Form ID: 185             Total Noticed: 74
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:

          Brian C. Nicholas   on behalf of Creditor   PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

          Denise E. Carlon   on behalf of Creditor   PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

          Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com

          Joseph J. Rogers   on behalf of Debtor Anthony W. Salvatico, Jr. jjresq@comcast.net, jjresq1@comcast.net

          TOTAL: 5