UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

  Steven P. Kelly, Esq.
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034

In Re:

    Anthony W. Salvatico, Jr. aka Anthony W Salvatico

Case No.:     15-28052_

Chapter:      Chapter 13

Hearing Date:  _8/01/2018_____

Judge:        Jerrold N. Poslusny_

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Objection to Confirmation of plan (Document #69) filed on behalf of Anson Street, LLC.

_____

_____

Date: 7/31/2018___           */s/ Steven P. Kelly, Esq.__*
                                    Signature

*rev.8/1/15*