UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 15-28052/JNP |
| Anthony W. Salvatico, Jr. | Chapter: | 13 |
| | Judge: | Poslusny |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Anthony W. Salvatico, Jr._____, _____Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  Jeanne A. Naughton, Clerk
Mitchell Cohen Federal Court House
1 John F. Gerry Plaza
Fourth and Cooper, 4th Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __January 29, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __U.S. Bankruptcy Court, Camden__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:
Harassment and wrongful termination lawsuit against former employer

Pertinent terms of settlement:
Total Settlement Amount:                                  $100,000.00
Attorney's fees *                                         $ 47,087.12
Debtor's Exemption under 11 U.S.C. 522(d)(11)(E) $ 52,912.88
  and 11 U.S.C. 522(d)(11)(D)
_____
Balance to Trustee                                              $0.00
*order appointing special counsel entered 12-12-17; amended schedules filed contemporaneously with this Notice

Objections must be served on, and requests for additional information directed to:

Name:       Joseph J. Rogers, Esquire

Address:    900 Route 168 Suite I-4 Turnersville, NJ 08012

Telephone No.: 856-228-7964

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 15-28052-JNP
Anthony W. Salvatico, Jr.                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 3              Date Rcvd: Jan 02, 2019
                              Form ID: pdf905            Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2019.
```
db           +Anthony W. Salvatico, Jr.,    161 Woodlyne Avenue,    Pitman, NJ 08071-2117
aty           Daniel Silverman,    Costello & Mains,    18000 Horizon Way,    Suite 800,
               Mount Laurel, NJ 08054-4319
cr           +Anson Street, LLC,    Stern & Eisenberg, PC,    1040 North Kings Highway,    Suite 407,
               Cherry Hill, NJ 08034-1925
515756905    +Akron Billing Center,    2620 Ridgewood Rd Ste 300,    Akron, OH 44313-3507
515953345     Anson Street LLC,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC 29603-0826
515756906    +Apex Asset Management,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
515756907    +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
515780391    +Atlantic Credit and Finance,    Keith Morgan, Esquire,    Morgan, Bornstein & Morgan,
               1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3229
515756909    +Attorney General,    Hughes Justice Complex,    PO Box 080,    Trenton, NJ 08625-0080
515846131     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515756911    +Cash Direct Express GECC,    AAm Inc.,    330 Georgetown Square Suite 104,
               Wood Dale, IL 60191-1890
515756912    +Children's Hosptial Of Philadelphia,    PO Box 190629,    Nashville, TN 37219-0629
515756913     Citifinancial,    300 St Paul Pk,    Baltimore, MD 21202
515756917     Delbert Services/consu,    Rodney Square N 1100 N M,    Wilmington, DE 18901
515756918    +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
515756920    +East Side Lenders,    AAM Inc,    330 Georgetown Square Suite 104,    Wood Dale, IL 60191-1890
515756921     Emerg Care Services Of NJ,    PO Box 189053,    Plantation, FL 33318-9053
515756922     Emerg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
515756924    +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
515756925    +Firstsource Advantage,    205 Bryant Woods South,    Amherst, NY 14228-3609
515756926     Frontline Asset Strategies,    Dept 19037,    Oaks, PA 19456-1259
515756928     Geico,    One Geico Plaza,    Bethesda, MD 20811-0001
515756930     HRRG,    PO Box 189053,    Plantation, FL 33318-9053
515756931    +Inspira Medical Center Woodbury, Inc,    509 N. Broad Street,    Woodbury, NJ 08096-1697
515756933   ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
             (address filed with court: J.C. Christensen,     PO Box 519,    Sauk Rapids, MN  56379)
515756934     Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
515756938    +National Credit System,    3750 Naturally Fresh Blv,    Atlanta, GA 30349-2964
515756940    +Rcs/cvi Loan Gt Trust,    9320 Excelsior Blvd Fl 7,    Hopkins, MN 55343-3444
515756941    +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
515756942    +Rymr&flnign,    Po Box 94498,    Las Vegas, NV 89193-4498
515756939   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: NJ Division Of Taxation,     Bankruptcy Section,    PO Box 245,
               Trenton, NJ  08695-0245)
515812922    +Santander Consumer USA,    PO Box 560284,    Dallas, TX 75356-0284
515756943    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
515756944    +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
515756945    +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
515756946    +Silver Cloud Financial, Inc.,    635 East Highway 20,    Upper Lake, CA 95485-8793
515756947    +South Jersey Anesthesia,    PO Box 766,    Woodbury, NJ 08096-7766
515756948     South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ  08043-7710
515967912    +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
515967913    +Specialized Loan Servicing, LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129,    Specialized Loan Servicing, LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515756949     Sprint,    P.O. Box 660075,    Dallas, TX 75266-0075
515756950     State Of New Jersey,    Division Of Taxation,    CN-190,    Trenton, NJ 08650
515756951    +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
515756952     Team Pediatric Associates,    PO Box 740021,    Cincinnati, OH 45274-0021
515756953    +Township Of Deptford,    Po Box 1016,    Voorhees, NJ 08043-7016
515866384     U.S. Bank National Association, et al,    c/o Rushmore Loan Management Services,
               P.O. Box 52708,    Irvine, CA 92619-2708
515891466    +US Bank National Association, et al,    Parker, McCay, PA,    9000 Midlantic Dr. Ste 300,
               Mt. Laurel, NJ 08054-1539
515756954     Underwood Memorial Hospital,    509 North Broad Street,    Woodbury, NJ 08096-1697
515756955    +Vip Loan Shop,    Total Account Recovery,    PO Box 14766,    Lenexa, KS 66285-4766
515812342     Wells Fargo Bank N. A.,    PO Box 10438,    Des Moines, Ia 50306-0438
515911255     Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
515756956     Wf Crd Svc,    Cscl Dispute Team,    Des Moines, IA 50306
515756957    +Woodbury Surgical Assoc.,    127 N Broad St,    Woodbury, NJ 08096-1718
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2019 01:07:43     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2019 01:07:40     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
```

```
District/off: 0312-1          User: admin                Page 2 of 3                  Date Rcvd: Jan 02, 2019
                              Form ID: pdf905            Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515756908      +E-mail/Text: ACF-EBN@acf-inc.com Jan 03 2019 01:07:10      Atlantic Crd,    P O Box 13386,
                 Roanoke, VA 24033-3386
515756910       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 03 2019 01:11:26
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
515780397      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 03 2019 01:11:14      CVI Loan GT Trust I,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515786865       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 03 2019 01:11:44
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515934134      +E-mail/Text: bncmail@w-legal.com Jan 03 2019 01:07:48      CashCall, Inc.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515756914       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 03 2019 01:08:03
                 Comcast Cable,    PO Box 840,    Newark, NJ 07101-0840
515756915      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 03 2019 01:08:17
                 Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
515756916       E-mail/PDF: creditonebknotifications@resurgent.com Jan 03 2019 01:11:30      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
515756919      +E-mail/Text: bankruptcynotices@dcicollect.com Jan 03 2019 01:08:04      Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
515756923      +E-mail/Text: bknotice@ercbpo.com Jan 03 2019 01:07:46      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
515756927       E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2019 01:11:24      GE Capital Retail Bank,
                 PO Box 965004,    Orlando, FL 32896-5004
515756929       E-mail/Text: bankruptcy.bnc@ditech.com Jan 03 2019 01:07:27      Greentree Servicing LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
515756932       E-mail/Text: cio.bncmail@irs.gov Jan 03 2019 01:07:23      Internal Revenue Service,
                 Bankruptcy Department,    955 South Springfield Avenue,    Springfield, NJ 08071
515756935      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 03 2019 01:07:16      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515953760      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 03 2019 01:11:30      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    Po Box 10587,    Greenville, SC 29603-0587
515756936       E-mail/Text: JPF-EBN@jpfryelaw.com Jan 03 2019 01:07:10      Law Office Of John P. Frye, PC,
                 PO Box 13665,    Roanoke, VA 24036-3665
515756937      +E-mail/Text: kmorgan@morganlaw.com Jan 03 2019 01:08:11      Morgan Bornstein & Morgan,
                 1236 K Brace Road,    Cherry Hill, NJ 08034-3229
515891501       E-mail/Text: appebnmailbox@sprint.com Jan 03 2019 01:07:39      Sprint Corp.,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
515817464      +E-mail/Text: bncmail@w-legal.com Jan 03 2019 01:07:48      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515780663*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
515824054*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,      Division Of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
515920622     ##+Porania LLC,    P. O. Box 11405,    Memphis TN 38111-0405
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                   Page 3 of 3                Date Rcvd: Jan 02, 2019
                               Form ID: pdf905               Total Noticed: 74
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2018 at the address(es) listed below:
          Brian C. Nicholas   on behalf of Creditor   PROF-2013-S3 Legal Title Trust, by U.S. Bank National
           Association, as Legal Title Trustee bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   PROF-2013-S3 Legal Title Trust, by U.S. Bank National
           Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joseph J. Rogers   on behalf of Debtor Anthony W. Salvatico, Jr. jjresq@comcast.net,
           jjresq1@comcast.net
          Steven P. Kelly   on behalf of Creditor   Anson Street, LLC skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                                                                                                                                                TOTAL: 6