UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965

Order Filed on February 14,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re: Anthony Salvatico, Jr.

Case Number: 15-28052JNP

Judge: Jerrold N. Poslusny, Jr

# ORDER RESOLVING TRUSTEE'S OBJECTION TO NOTICE OF SETTLEMENT OF CONTROVERSY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 14, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Anthony Salvatico, Jr.
Case No.: 15-28052 JNP
Caption of Order: **ORDER RESOLVING TRUSTEE'S OBJECTION TO NOTICE OF SETTLEMENT OF CONTROVERSY**

THIS MATTER having come before the Court by the Debtor, Anthony Salvatico, Jr., by and through counsel, Joseph J. Rogers, Esquire, upon notice to all parties; and the limited objection of the Chapter 13 Standing Trustee having been amicably resolved; and the court having received no other objections; and for good cause,

IT IS HEREBY ORDERED that the debtor's settlement agreement with former employer T-Mobile shall be awarded as follows:    $44,000.00 minus applicable deductions and withholdings by check payable to the debtor Anthony Salvatico, Jr. representing the debtor's lost wages; plus $7,599.07 in exempt proceeds payable to Anthony Salvatico, Jr.; $33,334.00 by check payable to Costello & Mains, LLC, as and for attorney's fees as special counsel for the debtor, having been appointed by prior order of this court; and all remaining non-exempt proceeds shall be forwarded to Isabel C. Balboa, Chapter 13 Standing Trustee to be distributed to unsecured creditors who filed timely claims; and

the debtor shall file an amended Schedule C within ten (10) days of the date of this order.