UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964; Fax (856) 228-7965



Order Filed on February 14,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re: Anthony Salvatico, Jr.

Case Number: 15-28052JNP

Judge: Jerrold N. Poslusny, Jr

# ORDER RESOLVING TRUSTEE'S OBJECTION TO NOTICE OF SETTLEMENT OF CONTROVERSY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 14, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Anthony Salvatico, Jr.
Case No.: 15-28052 JNP
Caption of Order: **ORDER RESOLVING TRUSTEE'S OBJECTION TO NOTICE OF SETTLEMENT OF CONTROVERSY**

THIS MATTER having come before the Court by the Debtor, Anthony Salvatico, Jr., by and through counsel, Joseph J. Rogers, Esquire, upon notice to all parties; and the limited objection of the Chapter 13 Standing Trustee having been amicably resolved; and the court having received no other objections; and for good cause,

IT IS HEREBY ORDERED that the debtor's settlement agreement with former employer T-Mobile shall be awarded as follows: $44,000.00 minus applicable deductions and withholdings by check payable to the debtor Anthony Salvatico, Jr. representing the debtor's lost wages; plus $7,599.07 in exempt proceeds payable to Anthony Salvatico, Jr.; $33,334.00 by check payable to Costello & Mains, LLC, as and for attorney's fees as special counsel for the debtor, having been appointed by prior order of this court; and all remaining non-exempt proceeds shall be forwarded to Isabel C. Balboa, Chapter 13 Standing Trustee to be distributed to unsecured creditors who filed timely claims; and

the debtor shall file an amended Schedule C within ten (10) days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony W. Salvatico, Jr.  
    Debtor

Case No. 15-28052-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Feb 14, 2019  
                               Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2019.
```
db           +Anthony W. Salvatico, Jr.,    161 Woodlyne Avenue,    Pitman, NJ 08071-2117
aty           Daniel Silverman,    Costello & Mains,    18000 Horizon Way,    Suite 800,
              Mount Laurel, NJ  08054-4319
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2019 at the address(es) listed below:
```
          Brian C. Nicholas    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
           Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
           Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor Anthony W. Salvatico, Jr. jjresq@comcast.net,
           jjresq1@comcast.net
          Steven P. Kelly    on behalf of Creditor    Anson Street, LLC skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 7
```