Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 15−28052−JNP
    Chapter: 13
    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony W. Salvatico Jr.
   aka Anthony W Salvatico
   161 Woodlyne Avenue
   Pitman, NJ 08071

Social Security No.:
   xxx−xx−2748

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/8/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 8, 2019
JAN: kvr

                      Jeanne Naughton
                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 15-28052-JNP
Anthony W. Salvatico, Jr.    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3    Date Rcvd: Jul 08, 2019
                     Form ID: 148    Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.

```
db            #+Anthony W. Salvatico, Jr.,   161 Woodlyne Avenue,   Pitman, NJ 08071-2117
aty            Daniel Silverman,   Costello & Mains,   18000 Horizon Way,   Suite 800,
                 Mount Laurel, NJ 08054-4319
cr            +Anson Street, LLC,   Stern & Eisenberg, PC,   1040 North Kings Highway,   Suite 407,
                 Cherry Hill, NJ 08034-1925
515756905     +Akron Billing Center,   2620 Ridgewood Rd Ste 300,   Akron, OH 44313-3507
515953345      Anson Street LLC,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
                 Greenville, SC 29603-0826
515756906     +Apex Asset Management,   2501 Oregon Pike Suite 102,   Lancaster, PA 17601-4890
515756907     +Ar Resources Inc,   1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
515780391     +Atlantic Credit and Finance,   Keith Morgan, Esquire,   Morgan, Bornstein & Morgan,
                 1236 Brace Road, Suite K,   Cherry Hill, NJ 08034-3229
515756909     +Attorney General,   Hughes Justice Complex,   PO Box 080,   Trenton, NJ 08625-0080
515756911     +Cash Direct Express GECC,   AAm Inc.,   330 Georgetown Square Suite 104,
                 Wood Dale, IL 60191-1890
515756912     +Children's Hosptial Of Philadelphia,   PO Box 190629,   Nashville, TN 37219-0629
515756913      Citifinancial,   300 St Paul Pk,   Baltimore, MD 21202
515756917      Delbert Services/consu,   Rodney Square N 1100 N M,   Wilmington, DE 18901
515756918     +Diversified Adjustment,   600 Coon Rapids Blvd Nw,   Coon Rapids, MN 55433-5549
515756920     +East Side Lenders,   AAM Inc,   330 Georgetown Square Suite 104,   Wood Dale, IL 60191-1890
515756921      Emerg Care Services Of NJ,   PO Box 189053,   Plantation, FL 33318-9053
515756922      Emerg Phy Assoc of S Jersey,   PO Box 740021,   Cincinnati, OH 45274-0021
515756924     +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
515756926      Frontline Asset Strategies,   Dept 19037,   Oaks, PA 19456-1259
515756928      Geico,   One Geico Plaza,   Bethesda, MD 20811-0001
515756930      HRRG,   PO Box 189053,   Plantation, FL 33318-9053
515756931     +Inspira Medical Center Woodbury, Inc,   509 N. Broad Street,   Woodbury, NJ 08096-1697
515756933    ++JC CHRISTENSEN & ASSOC,   PO BOX 519,   SAUK RAPIDS MN 56379-0519
              (address filed with court: J.C. Christensen,   PO Box 519,   Sauk Rapids, MN  56379)
515756934      Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
515756938     +National Credit System,   3750 Naturally Fresh Blv,   Atlanta, GA 30349-2964
515756940     +Rcs/cvi Loan Gt Trust,   9320 Excelsior Blvd Fl 7,   Hopkins, MN 55343-3444
515756941     +Rushmore Loan Mgmt Ser,   15480 Laguna Canyon Rd S,   Irvine, CA 92618-2132
515756939    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
              (address filed with court: NJ Division Of Taxation,   Bankruptcy Section,   PO Box 245,
                 Trenton, NJ  08695-0245)
515756945     +Shellpoint Mortgage Se,   55 Beattie Pl Ste 110,   Greenville, SC 29601-5115
515756946     +Silver Cloud Financial, Inc.,   635 East Highway 20,   Upper Lake, CA 95485-8793
515756947     +South Jersey Anesthesia,   PO Box 766,   Woodbury, NJ 08096-7766
515756948      South Jersey Radiology Associates,   PO Box 1710,   Voorhees, NJ  08043-7710
515967912     +Specialized Loan Servicing, LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
515967913     +Specialized Loan Servicing, LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,   Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
515756949      Sprint,   P.O. Box 660075,   Dallas, TX  75266-0075
515756950      State Of New Jersey,   Division Of Taxation,   CN-190,   Trenton, NJ  08650
515756952      Team Pediatric Associates,   PO Box 740021,   Cincinnati, OH  45274-0021
515756953     +Township Of Deptford,   Po Box 1016,   Voorhees, NJ 08043-7016
515866384      U.S. Bank National Association, et al,   c/o Rushmore Loan Management Services,
                 P.O. Box 52708,   Irvine, CA 92619-2708
515891466     +US Bank National Association, et al,   Parker, McCay, PA,   9000 Midlantic Dr. Ste 300,
                 Mt. Laurel, NJ 08054-1539
515756954      Underwood Memorial Hospital,   509 North Broad Street,   Woodbury, NJ  08096-1697
515756955     +Vip Loan Shop,   Total Account Recovery,   PO Box 14766,   Lenexa, KS 66285-4766
515756957     +Woodbury Surgical Assoc.,   127 N Broad St,   Woodbury, NJ 08096-1718
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 00:52:36     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 00:52:33     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515756908     +E-mail/Text: ACF-EBN@acf-inc.com Jul 09 2019 00:51:42     Atlantic Crd,   P O Box 13386,
                 Roanoke, VA 24033-3386
515756910      EDI: CAPITALONE.COM Jul 09 2019 04:18:00      Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA  23238
515780397     +EDI: RESURGENT.COM Jul 09 2019 04:23:00      CVI Loan GT Trust I,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
515786865      EDI: CAPITALONE.COM Jul 09 2019 04:18:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
515846131      EDI: BL-BECKET.COM Jul 09 2019 04:18:00      Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
```

```
District/off: 0312-1               User: admin                Page 2 of 3                  Date Rcvd: Jul 08, 2019
                                   Form ID: 148               Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515934134      +E-mail/Text: bncmail@w-legal.com Jul 09 2019 00:52:48     CashCall, Inc.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515756914       EDI: COMCASTCBLCENT Jul 09 2019 04:18:00      Comcast Cable,   PO Box 840,
                 Newark, NJ   07101-0840
515756915      +EDI: CCS.COM Jul 09 2019 04:23:00      Credit Collection Services,   Two Wells Avenue,
                 Newton, MA 02459-3246
515756916       EDI: RCSFNBMARIN.COM Jul 09 2019 04:18:00      Credit One Bank,   PO Box 98875,
                 Las Vegas, NV   89193-8875
515756919      +EDI: DCI.COM Jul 09 2019 04:18:00      Diversified Consultant,    10550 Deerwood Park Blvd,
                 Jacksonville, FL 32256-0596
515756923      +E-mail/Text: bknotice@ercbpo.com Jul 09 2019 00:52:44     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
515756925      +EDI: FSAE.COM Jul 09 2019 04:18:00      Firstsource Advantage,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
515756927       EDI: RMSC.COM Jul 09 2019 04:18:00      GE Capital Retail Bank,    PO Box 965004,
                 Orlando, FL   32896-5004
515756929       E-mail/Text: bankruptcy.bnc@ditech.com Jul 09 2019 00:52:17      Greentree Servicing LLC,
                 PO Box 6172,    Rapid City, SD  57709-6172
515756932       EDI: IRS.COM Jul 09 2019 04:18:00      Internal Revenue Service,    Bankruptcy Department,
                 955 South Springfield Avenue,    Springfield, NJ   08071
515756935      +E-mail/Text: bncnotices@becket-lee.com Jul 09 2019 00:51:58     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515953760      +EDI: RESURGENT.COM Jul 09 2019 04:23:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
                 Po Box 10587,    Greenville, SC 29603-0587
515756936       E-mail/Text: JPF-EBN@jpfryelaw.com Jul 09 2019 00:51:41      Law Office Of John P. Frye, PC,
                 PO Box 13665,    Roanoke, VA  24036-3665
515756937      +E-mail/Text: kmorgan@morganlaw.com Jul 09 2019 00:53:13     Morgan Bornstein & Morgan,
                 1236 K Brace Road,    Cherry Hill, NJ 08034-3229
515756942      +EDI: WFFC.COM Jul 09 2019 04:18:00      Rymr&flnign,   Po Box 94498,    Las Vegas, NV 89193-4498
515891501       EDI: NEXTEL.COM Jul 09 2019 04:18:00      Sprint Corp.,   Attn Bankruptcy Dept,   PO Box 7949,
                 Overland Park KS 66207-0949
515812922      +EDI: DRIV.COM Jul 09 2019 04:18:00      Santander Consumer USA,   PO Box 560284,
                 Dallas, TX 75356-0284
515756943      +EDI: DRIV.COM Jul 09 2019 04:18:00      Santander Consumer Usa,   Po Box 961245,
                 Ft Worth, TX 76161-0244
515756944      +EDI: SEARS.COM Jul 09 2019 04:18:00      Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
515817464      +E-mail/Text: bncmail@w-legal.com Jul 09 2019 00:52:48     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515756951      +EDI: WTRRNBANK.COM Jul 09 2019 04:18:00      Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
515812342       EDI: WFFC.COM Jul 09 2019 04:18:00      Wells Fargo Bank N. A.,    PO Box 10438,
                 Des Moines, Ia 50306-0438
515911255       EDI: WFFC.COM Jul 09 2019 04:18:00      Wells Fargo Bank NA,   PO Box 10438,
                 Des Moines IA   50306-0438
515756956       EDI: WFFC.COM Jul 09 2019 04:18:00      Wf Crd Svc,   Cscl Dispute Team,   Des Moines, IA  50306
                                                                                                 TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515780663*      Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
515824054*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
515920622      ##+Porania LLC,   P. O. Box 11405,   Memphis TN 38111-0405
                                                                                       TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-1          User: admin                Page 3 of 3              Date Rcvd: Jul 08, 2019
                              Form ID: 148               Total Noticed: 74
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2019 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    PROF-2013-S3 Legal Title Trust, by U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jennifer R. Gorchow     on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Joseph J. Rogers     on behalf of Debtor Anthony W. Salvatico, Jr. jjresq@comcast.net,
               jjrogers0507@gmail.com
              Steven P. Kelly     on behalf of Creditor    Anson Street, LLC skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 7
```